Argued and submitted December 7, 2000, affirmed August 15, 2001

In the Matter of the Suspension of
the Driving Privileges of
LADONNA JEAN STONE,
*Appellant,*

*v.*

DRIVER AND MOTOR VEHICLE
SERVICES BRANCH (DMV),
*Respondent.*

99C-12472; CA A108218

31 P3d 1087

John C. Rich argued the cause and filed the brief for appellant.

Brendan C. Dunn, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

**PER CURIAM**

Petitioner appeals a judgment upholding a final order of the Driver and Motor Vehicle Services Branch of the Oregon Department of Transportation (DMV) retroactively increasing the period of revocation of her driving privileges from five to eight years, pursuant to ORS 809.410(1). She argues that the statute violates state and federal constitutional prohibitions against *ex post facto* laws and double jeopardy, as well as the federal constitutional prohibition against bills of attainder. We have rejected each of those arguments in *Mannelin v. DMV*, 176 Or App 9, 31 P3d 438 (2001).

Petitioner also argues that the increase in the period of revocation violates her due process rights under the Fourteenth Amendment, because she was given only one week's notice before the increase was imposed. Petitioner simply asserts the foregoing legal conclusion, however. She fails to explain why the notice was inadequate, much less why any inadequacy was of constitutional magnitude. We reject the argument without further discussion.

Affirmed.